UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                    :

M.C. et al.,
                                           Plaintiffs,

                  -v-                                        22-CV-8305 (JMF)

New York City Department of Education,          ORDER

                              Defendant.
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's October 3, 2022 Order, the parties were required to confer regarding whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all proceedings before the assigned Magistrate Judge.  *See* ECF No. 7.  If both parties consent, they were required to email to file on the docket a fully executed Notice, Consent, and Reference of Civil Action to a Magistrate Judge Form within two weeks of the date on which the Order was entered.  If either party does not consent, they were to file, by the same date, a joint letter advising the Court that the parties do not consent.  To date, the parties have not satisfied their obligations.  As a courtesy, the parties' deadline is hereby EXTENDED, *nunc pro tunc*, to **October 26, 2022**.

       SO ORDERED.

Dated: October 19, 2022
       New York, New York                          _____
                                                             JESSE M. FURMAN
                                                          United States District Judge